UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         06-cr-218- 03-JD

Felipe Espada

O R D E R

The assented to motion to reschedule jury trial (document no. 89) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 /s/Joseph A. DiClerico, Jr.
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

Date: July 17, 2007

cc: Michael J. Iacopino, Esq.
    Robert J. Veiga, AUSA
    U.S. Marshal
    U.S. Probation