UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                          Criminal No. 06-cr-218-03-SM

<u>Felipe Espada</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 100) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                            <u>/s/Steven J. McAuliffe</u>
                                            Steven J. McAuliffe
                                            U.S. District Chief Judge

Date: August 29, 2007


cc: Michael Iacopino, Esq.
    Robert Veiga, AUSA
    U.S. Marshal
    U.S. Probation